Colby B. Springer (214868)
cspringer@polsinelli.com
**POLSINELLI *LLP***
Three Embarcadero Center, Suite 2400
San Francisco, California 94111
T: 415.248.2100
F: 415.248.2101

*Attorney for Defendant Selkatz, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| **TINE BAK LLC,** | Case No. 2:20-cv-05065-DSF-SK |
| Plaintiff, | **DEFENDANT SELKATZ, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW** |
| v. | |
| **SELKATZ, INC. d/b/a THIS OLD GAL; and DOES 1-10,** | DATE: OCTOBER 5, 2020 |
| | TIME: 1:30 PM |
| Defendants. | HON. DALE S. FISCHER |

## NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW

Defendant Selkatz, Inc. hereby indicates that it **does not oppose** Hackler Daghighian Martino & Novak PC and Mertzel Law PLLC's motion to withdraw (Dkt. No. 20).

-- 1 --
**DEFENDANT SELKATZ, INC.'S STATEMENT OF NON-OPPOSITION**
**CASE NO. 2:20-CV-05065-DSF-SK**

1

September 2, 2020

2

Respectfully submitted,

3

*/s/ Colby B. Springer*
Colby B. Springer (214868)
cspringer@polsinelli.com

4

**POLSINELLI *LLP***
Three Embarcadero Center, Suite 2400
San Francisco, California 94111
T: 415.248.2100
F: 415.248.2101

5

6

7

Attorney for Selkatz, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was served on all counsel of record on the 2d day of September 2020 by way of the Central District of California ECF System.

                                              /s/Colby B. Springer
                                                   **Colby B. Springer**